## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jimmy Dwayne Jefflo, | ) | Case No. 1:23-cr-044 |
| | ) | |
| Defendant. | ) | |

The court previously appointed attorney William Harvey Skees for the limited purpose of representing Defendant at his initial appearance and arraignment.  Defendant made his initial appearance and was arraigned on February 21, 2024.  Accordingly, attorney Skees is authorized to withdraw.  The court shall appoint substitute counsel for Defendant in a separate order.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court